NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gregg S. Garfinkel/Amy W. Lewis
Gregg S. Garfinkel
STONE ROSENBLATT & CHA
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367
(818)999-2232
ATTORNEYS FOR: Plaintiff



UNITED STATES DISTRICT COURT
~~CENTRAL~~ *Northern* DISTRICT OF CALIFORNIA

| United Van Lines, LLC., a Limited Liability Company<br><br>v.<br>Plaintiff(s),<br><br>Paul Ricci and Nicole Reed and Does 1 through 10, inclusive<br>Defendant(s) | CASE NUMBER<br>CV 08 1216 JL<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Plaintiff</u>
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

           PARTY                                              CONNECTION
(List the names of all such parties and identify their connection and interest.)

United Van Lines, LLC., a Limited Liability Company - Plaintiff
Paul Ricci                                                   Defendant
Nicole Reed                                                  Defendant
None other than those listed above.


February 28, 2008                         *Amy W. Lewis*
Date                                       Sign
                                           Gregg S. Garfinkel/Amy W. Lewis

                                           Attorney of record for or party appearing in pro per

CV-30 (12/03)                NOTICE OF INTERESTED PARTIES                    CCDCV30