Gregg S. Garfinkel (State Bar No. 156632)
Amy W. Lewis (State Bar No. 158999)
**STONE | ROSENBLATT | CHA, PLC**
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California  91367
Tel:   (818) 999-2232
Fax:   (818) 999-2269

Attorneys for Plaintiff
**UNITED VAN LINES, LLC**

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>Plaintiff,<br><br>v.<br><br>NICOLE REED and PAUL RICCI<br><br>Defendants. | Case No.:  CV08-1216 JL<br><br>**PROOF OF SERVICE ON NICOLE REED** |

---

1

PROOF OF SERVICE ON NICOLE REED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



United Van Lines, LLC., a Limited Liability Company

**SUMMONS IN A CIVIL CASE**

V.

Paul Ricci and Nicole Reed and Does 1 through 10, inclusive

CASE NUMBER:



CV 08 1216

TO: (Name and address of defendant)

NICOLE REED

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STONE ROSENBLATT & CHA
21550 Oxnard Street
Main Plaza - Suite 200
Woodland Hills, CA 91367

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

FEB 29 2008
DATE

NDCAO440

GREGG S. GARFINKEL  SBN: 156632
STONE, ROSENBLATT & CHA
21550 OXNARD ST. #200
WOODLAND HILLS, CA 91367
(818) 999-2232

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| UNITED VAN LINES | Plaintiff(s) | CV081216JL |
| v. | | **PROOF OF SERVICE** |
| RICCI ET AL | Defendant(s) | **SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

    a. [X] summons   [X] complaint   [ ] alias summons   [ ] first ammended complaint
    [ ] second amended complaint
    [ ] third amended complaint

    [X] other (specify): **Certificate of Interested Parties; Welcome Letter; Judge Laison Letter; ECF Registration; Order (Schedule Deadlines)**

2. **Person served:**

    a. [X] Defendant (name:) **NICOLE REED**
    b. [ ] Other (specify name and title or relationship to the party/business named):
    c. [X] Address where the papers were served: **382 MOUNTAIN HOME ROAD
    WOODSIDE, CA 94062**

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):

    a. [X] Federal Rules of Civil Procedure
    b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a. [X] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. [X] Papers were served on (date): **03/08/2008** at (time): **11:21 am**

    b. [ ] By **Substituted Service.** By leaving copies:

    1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. [ ] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. [ ] **Papers were served on** (date): at (time):

    4. [ ] **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5. [ ] **papers were mailed on** (date):

    6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                 PAGE 1

CV-1/1238829

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*        at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   Jim Cervantes
   Janney and Janney
   1545 Wilshire Blvd., Ste 311
   Los Angeles, CA 90017
   (213) 628-6338

   a. Fee for service: $ 75.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :1006

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 19, 2008**      Jim Cervantes           *(Signature)* J. Cervantes
                              *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                    PAGE 2
                                                                                1238829