GREGG S. GARFINKEL, SBN #156632
AMY W. LEWIS, SBN #158999
STONE | ROSENBLATT | CHA, PLC
A Professional Law Corporation
21550 Oxnard Street, Main Plaza - Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269
ggarfinkel@srclaw.com/alewis@srclaw.com

Attorneys for Plaintiff
UNITED VAN LINES, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC., a Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL RICCI and NICOLE REED and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 08-01216 JL<br><br>NOTICE OF DISMISSAL OF UNITED VAN LINES, LLC'S COMPLAINT IN ITS ENTIRETY; [PROPOSED] ORDER THEREON |

TO THIS HONORABLE COURT AND DEFENDANTS AND THEIR ATTORNEY OF RECORD:

    PLEASE TAKE NOTICE that UNITED VAN LINES, LLC.'s Complaint as to all Defendants is hereby dismissed, with prejudice, pursuant to FRCP 41.

Dated: April 28, 2008

STONE | ROSENBLATT | CHA
A Professional Law Corporation

By: _____
GREGG S. GARFINKEL
AMY W. LEWIS
Attorneys for Plaintiff
UNITED VAN LINES, LLC

## ORDER OF DISMISSAL

Premised upon the above Notice and pursuant to FRCP 41, it is hereby ordered that Plaintiff UNITED VAN LINES, LLC's Complaint, Case No. CV 08-01216 JL be dismissed in its entirety with prejudice as to all defendants.

Dated:_____

_____
The Honorable James Larson of the
United States District Court for the
Northern District of California